**LITCHFIELD COUNTY, AUGUST TERM, A. D. 1790.**

PERRY v. PERRY.

In an appeal from the Court of Probate, respecting the distribution of real estate; if the appellant dies during the pendency of the appeal, his executor cannot enter.

APPEAL from probate. Seth Perry died intestate — leaving a widow, and a mother and other collateral heirs, but no children; he also left real and personal estate. Eli Perry took administration, and caused the whole of said estate to be distributed to the widow and heirs exclusive of the mother said

Huldah, and she appeals. Pending the appeal, said Huldah dies, having made her will, appointed an executor and given away all her estate. The executor enters to prosecute said appeal, which relates to the real estate of said Seth Perry.

A plea in abatement was exhibited — That since the last continuance said Huldah the appellant has died and given all her estate to certain devisees and legatees; and that neither the executor nor heirs of said Huldah, have right to prosecute said appeal.

Judgment — Plea in abatement sufficient; for the appeal is conversant about real estate to which the executor has no right, only in case of the insolvency of the personal estate.